# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

161890 (75)(80)(81)(83)(85)(86)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DANIEL EDWARD CALLAHAN,
    Plaintiff-Appellant,

v

    SC: 161890
    COA: 349454
    Ottawa CC: 18-005555-NZ

VERONICA ANN MAROTA,
    Defendant-Appellee,

and

VINCENT FRED MAROTA,
    Defendant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's February 2, 2021 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motion requesting court file documentation, motion for acceptance regarding evidence for hearing, motion for an emergency injunction, and the motion for stay are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

b0419